IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR260 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | <u>INFORMATION RE: PRIOR</u> |
| RUSSELL DAVIS, | ) | <u>CONVICTION</u> |
| | ) | |
| Defendant. | ) | |

    Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, Robert F. Corts and Vasile C. Katsaros, Assistant United States Attorneys, and pursuant to Title 21, §§ 841(b)(1)(C) and 851, United States Code, hereby gives notice that if an adjudication of guilt is entered against the defendant, RUSSELL DAVIS, in Counts 1 and 2 of the indictment returned in the above-captioned case, that the United States will rely upon the previous "felony drug offense" conviction of RUSSELL DAVIS for the purpose of invoking the increased sentencing provisions of Title 21, § 841(b), United States Code. The previous "felony drug offense" convictions upon which the United States will rely is:

-Possession of Narcotics for Sale, in the Superior Court of Los Angeles County Case No. A036454, on or about August 12, 1987;

-Trafficking in Marijuana, Felony in the fourth degree, in the Lorain County Court of Common Pleas Case No. 95CR048145, on or about December 27, 1996;

-Trafficking in Marijuana, Trafficking in Cocaine (2 counts) Felony of the third degree and felony of the first degree, in the Lorain County Court of Common Pleas Case No. 01CR059243, on or about September 30, 2003,

- Possession of Cocaine, Felony in the second degree, in the Lorain County Court of Common Pleas Case No. 02CR061565, on or about September 30, 2003,

The United States alleges that the defendant has been convicted of at least one prior "felony drug offense."  The penalty enhancement provisions of Title 21, § 841(b)(1)(C), United States Code, require, among other things, that the defendant be sentenced to a term of imprisonment of not more than 30 years, a fine of $2,000,000 and six (6) years of supervised release if the defendant has been convicted of at least one prior "felony drug offense."

 Furthermore, and if death or serious bodily injury results, as alleged by the specification attached to Count 1, the Court must impose a term of life imprisonment, a fine not to exceed the greater of twice that authorized by  Title 18 or $ 2,000,000 if the defendant has been convicted of at least one prior "felony drug offense."

                                              Respectfully submitted,

                                              JUSTIN E. HERDMAN
                                              United States Attorney

                              By:    s/Vasile C. Katsaros
                                            Vasile C. Katsaros (OH: 0067386)
                                            Robert F. Corts (OH:0041432)
                                            Assistant United States Attorney
                                            United States Court House

                801 West Superior Avenue, Suite 400
                Cleveland, OH 44113
                (216) 622-3876/3957
                (216) 522-7499 (facsimile)
                Vasile.Katsaros@usdoj.gov
                Robert.Corts@usdoj.gov

Case: 1:16-cr-00260-CAB Doc #: 82 Filed: 04/23/18 3 of 4. PageID #: 487

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

s/Vasile C. Katsaros
Vasile C. Katsaros
Assistant U.S. Attorney